**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Chapter 7 |
| | : | |
| SAMUEL B. MILLINGHAUSEN | : | 24-12183-PMM |
| Debtor | : | |

**STIPULATION AND CONSENT ORDER EXTENDING THE TIME TO FILE A MOTION UNDER SECTION 707 AND/OR COMPLAINT UNDER SECTION 727 OR 523**

AND NOW, this _____ day of _____, 2024, upon agreement between the Chapter 7 Trustee, Lynn E. Feldman, and the Debtor, through Debtor's undersigned counsel:

IT IS HEREBY AGREED that the time for the U.S. Trustee or Chapter 7 Trustee to (1) file a Motion to dismiss under section 707(b) and/or (2) file a Complaint to Deny Discharge under section 727 and/or 523, is hereby extended to November 23, 2024.

CHAPTER 7 TRUSTEE

BY: ___s/Lynn E. Feldman_____
Lynn E. Feldman, Trustee
Feldman Law Offices PC
2310 Walbert Ave. – Ste. 103
Allentown, PA 18104
(610)530-9285
trustee.feldman@rcn.com

WETZEL GAGLIARDI FETTER & LAVIN LLC

BY: _____s/John A. Gagliardi_____
John A. Gagliardi, Esquire
122 South Church Street
West Chester, PA 19382
(484) 887-0779, Ext. 102
jgagliardi@wgflaw.com
Counsel for the Debtor.

SO ORDERED.

_____
Honorable PATRICIA M. MAYER
United States Bankruptcy Judge